UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINE ANUNCIATO, et al.,<br>　　Plaintiffs,<br>　　v.<br>DONALD J. TRUMP, et al.,<br>　　Defendants. | Case No. 20-cv-07869-RS<br><br>**ORDER DENYING TEMPORARY RESTRAINING ORDER** |

Plaintiffs are a large group of U.S. citizen and Lawful Permanent resident petitioners and foreign national beneficiaries of approved I-130 Petitions for Alien Relative and I-140 Petitions for Alien Worker, as well as DV-2020 and DV-2021 lottery winners. They are challenging Presidential Proclamation No. 10014, *Suspension of Entry of Immigrants Who Present a Risk to the United States Labor Market During the Economic Recovery Following the 2019 Novel Coronavirus Outbreak*, 85 Fed. Reg. 23,441 (April 27, 2020) ("Proclamation."), which suspended the entry of nearly all immigrants to the United States. The Proclamation went into effect on April 23, 2020 for an initial period of sixty days. On June 25, 2020, it was extended through December 31, 2020.

Plaintiffs filed this action on November 9, 2020. A full three weeks later, they filed this motion for a Temporary Restraining Order ("TRO") to enjoin further implementation or enforcement of the Proclamation. Though Plaintiffs describe serious delays in visa issuance and processing procedures as well as prolonged separations and ongoing medical, economic, psychological and emotional hardships, they have not identified any immediate harm that would

warrant the issuance of a TRO.

Nonetheless, they have made a sufficient showing of potential harm that it is appropriate to convert this motion to one seeking a preliminary injunction. Therefore, Plaintiffs' moving papers will be deemed their submission in support of that motion. Defendants should file a response no later than December 11, 2020. The matter will then be submitted on the papers or set for oral argument in the discretion of the Court. Plaintiffs are directed to serve Defendants immediately and file the attendant proof of service.

**IT IS SO ORDERED**.

Dated: 11/30/2020

_____
RICHARD SEEBORG
United States District Judge