UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALINE ANUNCIATO, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 20-cv-07869-RS

**ORDER REGARDING BRIEFING SCHEDULE**

The parties have agreed that Plaintiffs' Motion for a Preliminary Injunction and Defendants' Motion to Transfer should progress on the same briefing schedule. Plaintiffs will respond to Defendants' Motion to Transfer by December 11, 2020. Replies in support of both motions are due December 18, 2020. Should oral arguments be required, they will be held on the same day.

**IT IS SO ORDERED**.

Dated: December 7, 2020

RICHARD SEEBORG
United States District Judge