UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALINE ANUNCIATO, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 20-cv-07869-RS

**ORDER DENYING MOTION TO STAY**

Plaintiffs filed a Motion for Class Certification on December 3, 2020. Four days later, Defendants filed this motion to stay briefing on Plaintiff's motion for class certification. Plaintiffs filed their opposition on December 11, 2020.

"A district court has discretionary power to stay proceedings in its own court." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005). The motion is denied, but the parties are encouraged to stipulate to a schedule for the remaining briefing, should one be required.

**IT IS SO ORDERED**.

Dated: December 15, 2020

RICHARD SEEBORG
United States District Judge