UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALINE ANUNCIATO, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 20-cv-07869-RS

**ORDER GRANTING MOTION TO ENLARGE TIME**

After a denial of their motion to stay briefing on Plaintiff's class certification motion, Defendants filed a motion for extension of time to file the Opposition currently due December 17, 2020. Defendants seek an extension until January 6, 2021. Plaintiffs opposed Defendants' request but agreed to stipulate to an extended deadline of December 30, 2020, which Defendants contend still provides insufficient time to prepare a response. Defendants' motion to enlarge time is granted, but only to the date to which Plaintiffs stipulated. Defendants' Opposition is now due December 30, 2020. Plaintiffs' Reply is due January 6, 2021.

**IT IS SO ORDERED**.

Dated: December 16, 2020

RICHARD SEEBORG
United States District Judge