1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  VALERIE E. SMITH (NYBN 5112164)
   Assistant United States Attorney
4
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102-3495
          Telephone: (415) 436-6985
6         FAX: (415) 436-7234
          valerie.smith2@usdoj.gov
7
   Attorneys for Defendant
8
                            UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN FRANCISCO DIVISION
11

12  ALINE ANUNCIATO, *et al.*,         )   CASE NO. 20-CV-07869 -RS
                                       )
13         Plaintiffs,                 )   **STIPULATION AND ORDER EXTENDING**
                                       )   **DEFENDANTS' TIME TO RESPOND TO**
14      v.                             )   **THE AMENDED COMPLAINT**
                                       )
15  DONALD J. TRUMP, *et al.*,         )
                                       )
16         Defendants.                 )
                                       )

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND TIME TO RESPOND TO AMENDED COMPL. AND [PROPOSED] ORDER
20-CV-7869 RS

# STIPULATION

WHEREAS, Plaintiffs, filed their Complaint on November 9, 2020 and Amended Complaint on November 30, 2020.  ECF Nos. 1, 16.

WHEREAS, Defendants' response to the Amended Complaint is currently due on January 19, 2021.

WHEREAS, pursuant to Local Civil Rule 6-2, the parties, through the undersigned counsel, agree and stipulate to extend the government's time to answer or otherwise respond to the Amended Complaint, from January 19, 2021 to February 19, 2021.

IT IS SO STIPULATED.

DATED:  January 12, 2021                    Respectfully submitted,

                                                                       DAVID L. ANDERSON
                                                                       United States Attorney

*/s/ Valerie E. Smith*
VALERIE E. SMITH
Assistant United States Attorney
Attorneys for Defendant

DATED: January 12, 2021

                                          By: */s/ Charles H. Kuck*
                                             CHARLES H. KUCK
                                             Kuck Baxter Immigration L.L.C.
                                             365 Northridge Road, Ste. 300
                                             Atlanta, GA 30350
                                             Ph: (404) 816-8611
                                             Fax: (404) 816-8615
                                             ckuck@immigration.net
                                             (Appearing *Pro Hac Vice*)

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

# ORDER

PURSUANT TO STIPULATION, Defendants' time to answer or otherwise respond to the Amended Complaint is extended from January 19, 2021 to February 19, 2021. IT IS SO ORDERED.

Dated: January 13, 2021

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge