UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINE ANUNCIATO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-07869-RS<br><br>**ORDER DENYING MOTION TO CONTINUE HEARING** |

Yesterday, Defendants filed an administrative motion to continue for two weeks the two hearings set for January 22, 2021. In support of this motion, they cite the impending inauguration of President-Elect Joe Biden and the recent issuance of a relevant Ninth Circuit decision *Doe #1 v. Trump*, No. 19-36020, ___ F.3d ___, 2020 WL 7778213 (9th Cir. Dec. 31, 2020). Plaintiffs promptly responded, strongly objecting on the grounds that any delay forces members of the putative class to continue to endure the harm they allege the Proclamations at issue have caused. Plaintiffs also allege that the Ninth Circuit opinion to which Defendants refer does not now, and may not for some time, hold precedential value. The nature of the relief sought by the putative Plaintiff class necessitates timely consideration and swift resolution of their claims. The motion is therefore denied.

**IT IS SO ORDERED**.

Dated: January 13, 2021

*[signature]*

RICHARD SEEBORG
United States District Judge