DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
VALERIE E. SMITH (NYBN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    FAX: (415) 436-6748
    Valerie.smith2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALINE ANUNCIATO, *et al.*, | CASE NO. 20-cv-7869-RS |
|     Plaintiff, | ORDER |
| v. | |
| JOSEPH R. BIDEN, President of the United States, ANTONY BLINKEN, Secretary of State, ALEJANDRO MAYORKAS, Secretary of Homeland Security, and MONTY WILKINSON, Acting U.S. Attorney General,[1] | |
|     Defendants. | |

---

[1] Joseph R. Biden became the President of the United States, on January 20, 2021 automatically substituting for Donald J. Trump, as a party in accordance with Fed. R. Civ. 25. Antony Blinken became the Secretary of State, automatically substituting or Mike Pompeo as a party in accordance with Fed. R. Civ. P. 25(a). Alejandra Mayorkas became the Secretary of Homeland Security, automatically substituting for David Pekoske as a party in accordance with Fed. R. Civ. P. 25(a). Monty Wilkinson became Acting U.S. Attorney General, substituting for William Barr, as a party in accordance with Fed. R. Civ. P. 25(a).

ORDER

Defendants' motion is hereby GRANTED. The briefing on Plaintiffs' Motion for Leave to File Second Amended Complaint will proceed as follows:

- Deadline for Defendants' Opposition: March 2, 2021.

- Deadline for Plaintiffs' Reply To Defendants' Opposition: March 9, 2021

IT IS SO ORDERED.

Dated: 2/22/2021

_____
Honorable Richard Seeborg
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
20-CV-7869 RS