```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2  SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
 3  VALERIE E. SMITH (NYBN 5112164)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-6985
 6      FAX: (415) 436-7234
        Valerie.smith2@usdoj.gov
 7
    Attorneys for Defendants
 8
                         UNITED STATES DISTRICT COURT
 9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11

12  ALINE ANUNCIATO, et al.,          )  CASE NO. 20-CV-07869 -RS
                                      )
13       Plaintiffs,                  )  ORDER
                                      )
14       v.                           )
                                      )
15  JOSEPH R. BIDEN, President of the )
    United States, ANTONY BLINKEN,    )
16  Secretary of State, ALEJANDRO     )
    MAYORKAS, Secretary of Homeland   )
17  Security, and MERRICK GARLAND,    )
    U.S. Attorney General,            )
18                                    )
         Defendants.                  )
19
```

[PROPOSED] ORDER
20-CV-7869 RS

# ORDER

PURSUANT TO STIPULATION, the briefing schedule for Defendants' Motion to Dismiss is hereby extended for thirty (30) days and the Court issues the following order:

- Defendants will file a motion to dismiss by April 30;
- Plaintiffs will file a response by May 6; and
- Defendants will file any reply by May 13.

IT IS SO ORDERED.

Dated: March 26, 2021

THE HONORABLE RICHARD SEEBORG
Chief United States District Judge