# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Aline ANUNCIATO, *et al.* | Civil Action No. 3:20-cv-07869-RS |
| Plaintiffs -Petitioners, | |
| v. | **ORDER** |
| Joseph R. BIDEN, President of the United States of America, *et al.,* | |
| Defendants. | |

# ORDER

Pursuant to the parties' stipulation regarding the Defendants' Motion to Dismiss for Mootness, ECF No. 87, the Court issues the following order:

- Plaintiffs will file their response by May 13; and

- Defendants will file any reply by May 26.

IT IS SO ORDERED.

Date:  May 4, 2021

The Honorable Richard Seeborg
United States District Court Judge

3:20-CV-07869-RS
4